IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARIZABETH AVALOS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUND SEAL, INC. and ONIN GROUP MIDWEST,<br><br>Defendants. | Civil No. 22-cv-756<br><br>Removed from the Circuit Court of Cook County, Illinois, State Court Case No. 2022-CH-00124 |

### CORPORATE DISCLOSURE STATEMENT OF SOUND SEAL, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, the undersigned counsel for Defendant Sound Seal, Inc. certifies that: Sound Seal, Inc. is a wholly owned subsidiary of Catalyst Acoustics Holdings, Inc., a wholly owned subsidiary of Catalyst Acoustics Group, Inc., a subsidiary of SG-Sound, LLC. The following entities own more than 5% of SG-Sound, LLC: The Stephens Group, LLC; WRS Family, LLC; and MAM Holdings International, Inc. Various trusts and revocable trusts own those entities.

Dated: February 10, 2022

Respectfully submitted,

SOUND SEAL, INC.

*By: /s/ Lauren J. Caisman*

*Attorney for Defendant Sound Seal, Inc.*

Lauren J. Caisman
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5079
Facsimile: (312) 698-7479
lauren.caisman@bclplaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was served via electronic mail and first class U.S. Mail, postage prepaid, this 10th day of February 2022, to the following counsel of record:

Roberto Luis Costales
William H. Beaumont
Beaumont Costales LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
rlc@beaumontcostales.com
whb@beaumontcostales.com
*Attorneys for Plaintiff*

>    */s/ Lauren J. Caisman*
>    Lauren J. Caisman